

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Mario Alberto Siller,            * From the 42nd District
Court of Taylor County,
Trial Court No. 25561A.

Vs. No. 11-15-00016-CR        * March 21, 2019

The State of Texas,            * Opinion on Remand by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

       This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.